IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN W. FORREST, as Settlor
and Qualified Beneficiary of the
John W. Forrest Irrevocable Trust
Dated March 6, 2012 and as Settlor
and Qualified Beneficiary of the
John W. Forrest Legal Trust Dated
March 6, 2012,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4897

     Petitioner,

v.

DEAN BOLAND, as Trustee of the
John W. Forrest Irrevocable Trust
and John W. Forrest Legal Fund
Trust,

     Respondent.
_____/

Opinion filed November 5, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Allison M. Perry of Florida Appeals & Mediations, P.A., Tampa; Patrick M. O'Connor of the O'Connor Law Firm, Clearwater, for Petitioner.

No appearance for Respondent.

PER CURIAM.

     The petition for writ of prohibition is denied on the merits.

LEWIS, ROWE, and BILBREY, JJ., CONCUR.